| | |
|---|---|
| **GARY R. STICKELL,**<br>**Attorney At Law, P.C.**<br>301 E. Bethany Home Road<br>Suite B100<br>Phoenix, AZ 85012<br>(602) 266-2622<br><br>Gary R. Stickell<br>AZ Bar #007512<br><br>Attorney for Debtor | |

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**NATHANIEL DAGGS,**<br><br>　　　　　　**Debtor.** | In Proceedings Under Chapter 13<br><br>No. 4:11-bk-02447 EWH |
| **Nathaniel Daggs**<br>ss# XXX-XX-9712<br>**9233 E. Nelville Street, #1078**<br>**Mesa, Arizona 85209** | **OBJECTION TO CLAIM OF ROSA M. DAGGS (CLAIM #5)** |

Debtor, by and through his attorney undersigned, OBJECTS to the Claim filed by Creditor, Rosa M. Daggs. Creditor's claim is not a domestic support order and therefore not a priority claim.

Therefore, Debtor objects to the Claim filed by creditor Rosa M. Daggs and asks that the claim be reclassified as an unsecured non-priority debt.

DATED: December 15, 2011

　　　　　　　　　　　　　　**GARY R. STICKELL**
　　　　　　　　　　　　　　**Attorney at Law, P.C.**

　　　　　　　　　　　　　　By:　G.R.S. #7512
　　　　　　　　　　　　　　Gary R. Stickell
　　　　　　　　　　　　　　301 E. Bethany Home Road, Suite B100
　　　　　　　　　　　　　　Phoenix, Arizona 85012
　　　　　　　　　　　　　　Attorney for Debtor

Original Electronically
filed December 15, 2011.

- 1 -

| | |
|---|---|
| 1 | Copies sent December 15, 2011, to: |
| 2 | |
| 3 | Rosa M. Daggs<br>302 N. Sycamore, #1<br>Mesa, Arizona 85201-6158 |
| 4 | Creditor |
| 5 | Dianne Crandell Kerns<br>Trustee |
| 6 | 7320 N. La Cholla, #154-413<br>Tucson, Arizona 85741 |
| 7 | By:__G.R.S. #7512_____ |

- 2 -