**GARY R. STICKELL,**
**Attorney At Law, P.C.**
301 E. Bethany Home Road
Suite B100
Phoenix, AZ 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re** <br> **NATHANIEL DAGGS,** <br>               **Debtor.** <br><br> **Nathaniel Daggs** <br> ss# XXX-XX-9712 <br> 9233 E. Nelville Street, #1078 <br> Mesa, Arizona 85209 | In Proceedings Under Chapter 13 <br><br> No. 4:11-bk-02447 EWH <br><br><br> **NOTICE OF OBJECTION TO CLAIM OF ROSA M. DAGGS (CLAIM #5)** |

**NOTICE IS GIVEN** that on December 15, 2011, Debtor filed an Objection to the claim filed by ROSA M. DAGGS (Claim #5).

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Bankruptcy Rule 3007-1, that the claimant has fourteen (14) days from service of this objection to file and serve a response the objection. If no written objection is timely filed and served, the objection may be sustained by the Court without further notice or hearing.

DATED: December 15, 2011

                    **GARY R. STICKELL**
                    **Attorney at Law, P.C.**


By:  G.R.S. #7512
Gary R. Stickell
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
Attorney for Debtor

Original Electronically
filed December 15, 2011.

- 1 -

| | |
|---|---|
| 1 | Copies sent December 15, 2011, to: |
| 2 | |
| 3 | Rosa M. Daggs<br>302 N. Sycamore, #1<br>Mesa, Arizona 85201-6158 |
| 4 | Creditor |
| 5 | Dianne Crandell Kerns<br>Trustee |
| 6 | 7320 N. La Cholla, #154-413<br>Tucson, Arizona 85741 |
| 7 | By:__G.R.S. #7512_____ |

- 2 -