**GARY R. STICKELL,**
Attorney At Law, P.C.
301 E. Bethany Home Road
Suite B100
Phoenix, AZ 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re** <br> **NATHANIEL DAGGS,** <br> **Debtor.** <br> Nathaniel Daggs <br> ss# XXX-XX-9712 <br> 9233 E. Nelville Street, #1078 <br> Mesa, Arizona 85209 | In Proceedings Under Chapter 13 <br><br> No. 4:11-bk-02447 EWH <br><br> **ORDER SUSTAINING OBJECTION TO OBJECTION TO CLAIM OF ROSA M. DAGGS (CLAIM #5)** |

This matter having come for consideration by the Court on Debtor's Objection to the claim of Rosa Daggs and the Court finding that the Creditor having not appeared,

IT IS ORDERED sustaining the Debtor's objection to the claim of Rosa Daggs and reclassifying this claim as an unsecured non-priority debt.

**ORDER SIGNED ABOVE**

**Original** Electronically lodged January 25, 2012.

- 1 -