ORDERED.

Dated: July 3, 2013



*Eileen W. Hollowell*
Eileen W. Hollowell, Bankruptcy Judge
_____

Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| NATHANIEL DAGGS | ) | CASE NO.: 11-02447-PL-EWH |
| | ) | |
| | ) | **ORDER ON TRUSTEE'S OBJECTION** |
| | ) | **TO: POC # 7** |
| | ) | |
| DEBTOR | ) | |

Dianne C. Kerns, Trustee, having objected to the referenced claim, and after due notice by mail to the claimant, and the claimant having failed to respond, or after a hearing on the following claimant's response, and good cause appearing:

IT IS ORDERED THAT the Trustee's objection is sustained and the following claim is allowed to the extent of payments already made by the Trustee but that the claim be disallowed to the extent that it calls for any further payments from the Trustee:

| | |
|---|---|
| Claim No. | 7 |
| Claimant: | WELLS FARGO AUTO FINANCE |
| Claim Amount: | $6,765.41 |
| Claim Type: | SECURED-VEHICLE |
| Amount Paid to Date: | Principal Paid: $3,941.95 + Interest Paid: |
| Amount to be Disallowed: | $2,823.46 |

Dated: _____    _____
                                     U.S. BANKRUPTCY JUDGE

Submitted By: Dianne C. Kerns, Esq.
Prepared By Andrea Hopkins