**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622
Fax: (480) 287-9607

Gary R. Stickell
AZ Bar #007512
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NATHANIEL DAGGS,<br><br>Debtor. | In Proceedings Under Chapter 13<br><br>**No. 4:11-bk-02447 EWH**<br><br>**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE (Docket #100)** |

Debtor, by and through his attorney undersigned, hereby respectfully responds to the Trustee's Motion to Dismiss, filed on January 8, 2016 (Docket #100). Debtor denies that he is delinquent in his Chapter 13 plan payments as he sought a waiver of payments in his Modified Plan.

Debtor responded to the Objection of Creditor Rosa Daggs. Debtor requested the Court set a hearing on the Objection. Once that objection is resolved, Debtor anticipates being able to submit a proposed Confirmation Order to the Trustee for review.

Debtor respectfully requests the Court deny Trustee's Motion to Dismiss.

///

///

DATED: February 5, 2016

GARY R. STICKELL,
ATTORNEY AT LAW, P.C.

By: G.R.S. #7512
Attorney for Debtor

**Original** Electronically filed February 5, 2016

**Copies** of the foregoing mailed February 5, 2016, to:

Dianne C. Kerns
Chapter 13 Trustee
PMB #413
7320 N. La Cholla, #154
Tucson, AZ 85741-2305

by: G.R.S. #7512

- 2 -