**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceeding |
| **NATHANIEL DAGGS,** | No. 4:11-bk-02447 SHG |
| **Debtor.** | |
| **SSN: XXX-XX-9712**<br>**4370 NW 4th Street**<br>**Des Moines, IA 50313** | NOTICE OF HEARING ON DEBTOR'S RESPONSE TO OBJECTION OF ROSA DAGGS |

**NOTICE IS GIVEN** that a Hearing is scheduled on Debtor's Response to Objection of Rosa Daggs before the Hon. Scott H. Gan on Tuesday, March 15, 2016 at 1:30 p.m. at the UNITED STATES BANKRUPTCY COURT, 230 NORTH FIRST AVENUE, PHOENIX, ARIZONA, COURTROOM 329.

DATED: February 9, 2016

                                                    GARY R. STICKELL,
                                                    ATTORNEY AT LAW, P.C.

                                                    By:  G.R.S. #7512
                                                         Attorney for Debtor

Original Electronically
filed February 9, 2016

| | |
|---|---|
| 1 | Copy of the foregoing<br>mailed February 9, 2016, to: |
| 2 | |
| 3 | Edward J. Maney<br>CHAPTER 13 TRUSTEE<br>101 N. 1st Avenue, Suite 1775 |
| 4 | PHOENIX, AZ 85003 |

  /s/G.R.S. #7512