**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622
Fax: (480) 287-9607

Gary R. Stickell
AZ Bar #007512
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 13 |
| NATHANIEL DAGGS, | **No. 4:11-bk-02447 SHG** |
| Debtor. | **STIPULATION TO WITHDRAW DEBTOR'S SECOND MODIFIED PLAN AND TO VACATE HEARING DATE** |
| | **Continued Hearing:** April 26, 2016 at 2:00 p.m. |

Debtor, Creditor Rosa Daggs and the Trustee stipulate to permit Debtor to withdraw his Second Modified Plan (Docket # 94 ) as Debtor has submitted payment sufficient to pay the First Modified Plan in full. It is further requested that the Court vacate the continued hearing set for April 26, 2016 at 2:00 p.m.

DATED: April 13, 2016.

GARY R. STICKELL,
ATTORNEY AT LAW, P.C.

By:   G.R.S. #7512
Attorney for Debtor

Schneider & Onofry, P.C.

By: _____
Brian N. Spector
Attorney for Creditor Rosa Daggs


By: Craig Morris 011628
Craig Morris                04/13/2016
Attorney for Dianne C. Kerns
Chapter 13 Trustee

- 2 -