1
2
3
4
**IN THE UNITED STATES BANKRUPTCY COURT**
5
**FOR THE DISTRICT OF ARIZONA**
6

| | |
|---|---|
| 7 In re | In Proceedings Under Chapter 13 |
| 8 NATHANIEL DAGGS, | **No. 4:11-bk-02447 SHG** |
| 9 Debtor. | |
| 10 | **ORDERING PERMITTING THE WITHDRAW OF DEBTOR'S SECOND MODIFIED PLAN AND VACATING HEARING DATE** |
| 11 | |
| 12 | |
| 13 | **Continued Hearing:** April 26, 2016 at 2:00 p.m. |
| 14 | |

15      Upon the Motion of the Debtor, Creditor Rosa Daggs and the Trustee to permit

16
17 Debtor to withdraw his Second Modified Plan (Docket # 94 ) for the reason Debtor has

18 submitted payment sufficient to pay the First Modified Plan in full and good cause

19 shown,

20      IT IS ORDERED permitting the Debtor to withdraw his Second Modified Plan.

21      IT IS FURTHER ORDERED vacating the continued hearing set for April 26, 2016
22
23 at 2:00 p.m.

24

25

26 **ORDER SIGNED ABOVE**

27

28