THIS ORDER IS APPROVED.

Dated: April 14, 2016

_Scott H. Gan, Bankruptcy Judge_

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 13 |
|---|---|
| NATHANIEL DAGGS,<br><br>              Debtor. | **No. 4:11-bk-02447 SHG**<br><br>**AMENDED ORDER PERMITTING THE WITHDRAWAL OF DEBTOR'S SECOND MODIFIED PLAN AND VACATING HEARING DATE**<br><br>**Continued Hearing:** April 26, 2016 at 2:00 p.m. |

    Upon the Motion of the Debtor, Creditor Rosa Daggs and the Trustee to permit Debtor to withdraw his Second Modified Plan (Docket # 94 ) for the reason Debtor has submitted payment sufficient to pay the First Modified Plan in full and good cause shown,

    IT IS ORDERED permitting the Debtor to withdraw his Second Modified Plan.

    IT IS FURTHER ORDERED vacating the continued hearing set for April 26, 2016 at 2:00 p.m.

---

**ORDER SIGNED ABOVE**

---

Case 4:11-bk-02447-SHG    Doc 118    Filed 04/14/16    Entered 04/15/16 08:07:22    Desc
Main Document     Page 1 of 1