Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| NATHANIEL DAGGS ) | CASE NO.: 11-02447-PL-SHG |
| ) | |
| ) | **WITHDRAWAL OF TRUSTEE'S** |
| ) | **MOTION TO DISMISS** |
| ) | |
| DEBTOR | |

    Dianne C. Kerns, Chapter 13 Trustee, hereby withdraws her Motion to Dismiss in the above referenced case as the plan payments have been brought current; or the case has been converted.

Dated: 4/20/2016

/s/ Dianne C. Kerns 011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy
Court and mailed this: 4/20/2016

NATHANIEL DAGGS
4370 NW 4TH ST
DES MOINES, IA 50313

GARY STICKELL
301 E BETHANY HOME ROAD
SUITE B100
PHOENIX, AZ 85012

By Dawn Hoffman