Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| NATHANIEL DAGGS | ) | CASE NO.: 11-02447-PL-SHG |
| | ) | |
| | ) | **TRUSTEE'S NOTICE OF** |
| | ) | **COMPLETED PLAN** |
| | ) | |
| DEBTOR | ) | |

 The Trustee's Office has verified that the Debtor in the above referenced Bankruptcy has made all plan payments and has complied with all requirements as stated in the Stipulated Order Confirming the Chapter 13 Plan.

 The Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of the Debtor in the above referenced case has been accounted for and no outstanding payments or issues remain. The case will remain open pending receipt of the Trustee's Final Report and Account.

Dated: June 02, 2016              /s/ Dianne C. Kerns 011557
                        Dianne C. Kerns, Esq.
                        Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy
Court and mailed this 6/2/2016 to:

NATHANIEL DAGGS           GARY STICKELL
4370 NW 4TH ST             301 E BETHANY HOME ROAD
DES MOINES, IA 50313          SUITE B100
                      PHOENIX, AZ 85012

By Andrea Hopkins